UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DWIGHT ROMARO BRANCH, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:04-CV-0620-G |
| DOUGLAS DRETKE, Director, Texas ) | |
| Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court, except for the following:

1. The fourth sentence after subheading "<u>Statement of the Case</u>"on page 1 should be changed from "He explains that he was unaware of his right to a direct appeal, and the time limitations within which to do so, and that neither the trial court not defense

counsel advised him of the same" to "He explains that he was unaware of his right to a direct appeal and the time limitations within which to do so, and that the trial court nor defense counsel advised him of the same".

**SO ORDERED**.

October 21, 2005.

_____
A. JOE FISH
CHIEF JUDGE